```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A01-0294--CV (JKS)
                       "ALTERNATIVES COMMUNITY MENTAL V FRONTIER INS"

                   Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/09/01
             Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (4) Incorporated or Principal Place of Business in This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (110) Insurance
                     28 USC 1441 & 1446
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 10/09/01 receipt # 00115755
           Trial by:
```

Parties of Record:                                  Counsel of Record:

PLF 1.1           ALTERNATIVES COMMUNITY MENTAL     John A. Treptow
                  HEALTH CENTER INC                 Dorsey & Whitney LLP
                                                    1031 W. 4th Avenue, Suite 600
                                                    Anchorage, AK 99501
                                                    907-276-4557
                                                    FAX 907-276-4152

DEF 1.1           FRONTIER INSURANCE CO             Randall J. Weddle
                                                    Holmes Weddle et al
                                                    701 W. 8th Avenue, Suite 700
                                                    Anchorage, AK 99501-3408
                                                    907-274-0666
                                                    FAX 907-277-4657

                                                    Rebecca J. Hiatt
                                                    Holmes Weddle et al
                                                    701 W. 8th Avenue, Suite 700
                                                    Anchorage, AK 99517
                                                    907-274-0666

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A01-0294--CV (JKS)
                       "ALTERNATIVES COMMUNITY MENTAL V FRONTIER INS"

                                    For all filing dates


    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 10/09/01
            Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (4) Incorporated or Principal Place of Business in This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (110) Insurance
                     28 USC 1441 & 1446
             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $150.00 on 10/09/01 receipt # 00115755
           Trial by:
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 10/09/01 | DEF 1 Notice of Removal of state court action 3AN-01-9797CI w/att exhs. |
| 2 - | 1 | 10/09/01 | DEF 1 Attorney Appearance of R. Weddle. |
| 3 - | 1 | 10/09/01 | JKS Minute Order subsequent to removal; that w/in 10 days petitioner to file copies of state court docs & svc list. cc: cnsl |
| 4 - | 1 | 10/12/01 | DEF 1 Notice of compliance re: all copies of records and procedings file in the Cuperior Court, Third Judicial District have been filed with this court. |
| 5 - | 1 | 12/13/01 | JKS Minute Order re: plf is required to take action as to failure to serve. Plf to file proof of service w/in 20 days. cc: cnsl |
| 6 - | 1 | 12/13/01 | DEF 1 Notice of filing order of rehabilitation w/att exhs. |
| 7 - | 1 | 12/17/01 | PLF 1 Return of Service Executed re:DEF 1 on 9/10/01. |
| 8 - | 1 | 12/19/01 | JKS Minute Order re: plf required to take action as to case not at issue. Plf to require an answer or apply for default w/in 20 days. cc: cnsl |
| 9 - | 1 | 01/03/02 | PLF 1; DEF 1 Stipulation re: stay order w/att exhs. |
| 10 - | 1 | 01/04/02 | JKS Minute Order setting hrg on stip at dkt 9 for 1/7/02 at 2:30 p.m.. cc: cnsl |
| 9 - | 2 | 01/08/02 | JKS Order granting #9. cc: cnsl |
| 11 - | 1 | 01/08/02 | JKS Court Minutes [ECR: Robin Carter/Bonnie Boyer] granting stipulation re: stay order (9-1). Def cnsl to file a jnt status report 5/10/02 re: status of case. cc: cnsl |
| 12 - | 1 | 05/10/02 | DEF 1 Joint Status Report. |
| 13 - | 1 | 05/15/02 | JKS Minute Order that further stat rpt due by 11/15/02. cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A01-0294--CV (JKS)
                        "ALTERNATIVES COMMUNITY MENTAL V FRONTIER INS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 11/12/02 | PLF 1; DEF 1 Joint Status Report. |
| 15 - 1 | 11/15/02 | JKS Minute Order that 11/12/02 stat rpt is accepted; further stat rpt due 05/16/03. cc: cnsl |
| 16 - 1 | 05/09/03 | PLF 1; DEF 1 Joint Status Report. |
| 17 - 1 | 05/13/03 | JKS Minute Order that stat rpt dated 05/09/03 is accepted; further stat rpt due 11/12/03, unless closing papers are sooner fld. cc: cnsl |
| 18 - 1 | 11/24/03 | PLF 1; DEF 1 Joint Status Report. |
| 19 - 1 | 12/15/03 | JKS Minute Order accepting stat rpt dated 11/24/03; further stat rpt due by 05/24/04. cc: cnsl |
| 20 - 1 | 05/14/04 | PLF 1; DEF 1 Joint Status Report. |
| 21 - 1 | 05/18/04 | JKS Minute Order that stat rpt dated 05/14/04 is accepted; further stat rpt due by 11/14/04. cc: cnsl |
| 22 - 1 | 11/15/04 | PLF 1; DEF 1 Joint Status Report. |
| 23 - 1 | 11/18/04 | JKS Minute Order that further stat rpt due by 5/15/05. cc: cnsl |
| 24 - 1 | 05/26/05 | PLF 1; DEF 1 Joint Status Report. |
| 25 - 1 | 05/26/05 | JKS Minute Order that further stat rpt due by 11/28/05 cc: cnsl |
| 26 - 1 | 11/15/05 | PLF 1; DEF 1 Jnt Status Report. |
| 27 - 1 | 11/21/05 | JKS Minute Order that further stat rpt due by 5/15/06. cc: cnsl |