Randall J. Weddle
Alaska Bar No. 7206034
Erin K. Egan
Alaska Bar No. 0111060
Holmes Weddle & Barcott, PC
701 West Eighth Avenue, Suite 700
Anchorage, AK 99501
Phone: (907) 274-0666

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRONTIER INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:01-cv-294-JKS |

## JOINT STATUS REPORT

Per the Court's instructions, Defendant Frontier Insurance Company (hereinafter "Frontier") hereby files the parties' joint status report in the above-captioned matter.

As of May 9, 2006, Frontier is still involved in the rehabilitation process. The order issued by the New York

State Court, dated October 15, 2001, staying all pending litigation against Frontier, is still in effect.[1]

Accordingly, the status of this matter has not changed since the parties appeared before the Court on January 7, 2002, on the Stipulation Re: Stay Order.

DORSEY & WHITNEY, LLC
Attorneys for Plaintiff

Dated: May 10, 2006    By: _____
John A. Treptow
Alaska Bar No. 7605059

HOLMES WEDDLE & BARCOTT, PC
Attorneys for Defendant

Dated: May 9, 2006    By: _____
Randall J. Weddle
Alaska Bar No. 7206034
Erin K. Egan
Alaska Bar No. 0111060

X:\4043\16755\pld\status.report.06May9.doc

---

[1] A copy of that order is attached to Frontier's previous briefing supporting its request for a stay from this court.

JOINT STATUS REPORT
*ACMHC v. Frontier Insurance*                              Case No. 3:01-cv-294-JKS

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666