Randall J. Weddle
Alaska Bar No. 7206034
Erin K. Egan
Alaska Bar No. 0111060
Holmes Weddle & Barcott, PC
701 West Eighth Avenue, Suite 700
Anchorage, AK 99501
Phone: (907) 274-0666

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY ) <br> MENTAL HEALTH CENTER, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRONTIER INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:01-cv-294-JKS |

## **NOTICE**

COMES NOW Defendant, by and through its counsel of record, and hereby gives notice that Rebecca H. Cain, f/k/a Rebecca J. Hiatt is no longer employed by the law firm of Holmes Weddle & Barcott, PC and is no longer involved in the above-captioned case. Rebecca J. Hiatt should, therefore, be removed from the service list.

DATED at Anchorage, Alaska, this _____ day of May, 2006.

```
                              HOLMES WEDDLE & BARCOTT, PC
                              Attorneys for Defendant

                                  S//Erin K. Egan
                          By _____
                                  Erin K. Egan
                                  ABA No. 0111060
```

**Certificate of Service**

I hereby certify that on 5/16/06, a copy of the foregoing Notice was served electronically on John A. Treptow and on Rebecca H. Cain, f/k/a Rebecca J. Hiatt, c/o Attorney General's Office, 1031 W. 4th Ave., Ste. 200, Anchorage, AK 99501, by regular mail.

```
        S//Erin K. Egan
By _____
        Erin K. Egan
        ABA No. 0111060
```

X:\4043\16755\pld\notice.06May16.doc