Randall J. Weddle, Esq.
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
Phone:    (907) 274-0666
Fax:      (907) 277-4657
E-Mail:   Rweddle@hwb-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY ) <br> MENTAL HEALTH CENTER, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRONTIER INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | <br><br><br><br><br><br><br><br>Case No. 3:01-cv-294-JKS |

**JOINT STATUS REPORT**

Per the Court's instructions, Defendant Frontier Insurance Company (hereinafter "Frontier"), hereby files the parties' joint status report in the above-captioned matter.

As of November 6, 2006, Frontier is still involved in the rehabilitation process. The order issued by the New York

State Court dated October 15, 2001, staying all pending litigation against Frontier, is still in effect.[1]

Accordingly, the status of this matter has not changed since the parties appeared before the Court on January 7, 2002, on the Stipulation Re: Stay Order.

                                            DORSEY & WHITNEY, LLC
                                            Attorneys for Plaintiff

Dated: November 9, 2006   By: s/John A. Treptow
                                            John A. Treptow
                                            1031 W. 4th Avenue, Suite 600
                                            Anchorage, AK 99501
                                            Phone: (907) 276-4557
                                            Fax: (907) 276-4152
                                            treptow.john@dorsey.com
                                            Alaska Bar No. 7605059


Dated: November 9, 2006   HOLMES WEDDLE & BARCOTT, P.C.
                                         Attorneys for Defendant

                                       By: s/Randall J. Weddle (consent)
                                            Randall J. Weddle
                                            701 W. 8th Avenue, Suite 700
                                            Anchorage, AK 99501
                                            Phone: (907) 274-0666
                                            Fax: (907) 277-4657
                                            Rweddle@hwb-law.com
                                            Alaska Bar No. 7206034

---

[1] A copy of that order is attached to Frontier's previous briefing supporting its request for a stay from this Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November 2006 a true and correct copy of the foregoing JOINT STATUS REPORT was served electronically on:

    Randall J. Weddle
    rweddle@hwb-law.com; bfontaine@hwb-law.com; jekstrand@hwb-law.com; kwarne@hwb-law.com

By:   s/John A. Treptow
      John A. Treptow

X:\4043\16755\pld\JointStatusReport--06Nov08.doc