# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ALTERNATIVES COMMUNITY MENTAL    v.    FRONTIER INSURANCE CO.
HEALTH CENTER, INC.

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                    CASE NO.  3:01-cv-00294-JKS

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: November 29, 2006

      The court has received a status report dated November 9, 2006. The report is accepted.

      A further status report shall be filed by counsel for plaintiff on or before May 11/2007, unless closing papers are sooner filed.

[ ]{IIA4.WPD*Rev.12/96}