Randall J. Weddle, Esq.
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
Phone:     (907) 274-0666
Fax:       (907) 277-4657
E-Mail:    Rweddle@hwb-law.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC., ) ) ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FRONTIER INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:01-cv-294-JKS |
| _____ ) | |

### **JOINT STATUS REPORT**

Per the Court's instructions, Defendant Frontier
Insurance Company (hereinafter "Frontier"), hereby files the
parties' joint status report in the above-captioned matter.

As of May 15, 2007, Frontier is still involved in the
rehabilitation process.  The order issued by the New York

State Court dated October 15, 2001, staying all pending litigation against Frontier, is still in effect.[1]

Accordingly, the status of this matter has not changed since the parties appeared before the Court on January 7, 2002, on the Stipulation Re: Stay Order.

DORSEY & WHITNEY, LLC
Attorneys for Plaintiff


Dated: *5-15-07*          By: s/John A. Treptow
                              John A. Treptow
                              Alaska Bar No. 7605059


Dated: *5-15-07*          HOLMES WEDDLE & BARCOTT,P.C.
                          Attorneys for Defendant


                          By: s/Randall J. Weddle (consent)
                              Randall J. Weddle
                              701 W. 8th Avenue, Suite 700
                              Anchorage, AK  99501
                              Phone:  (907) 274-0666
                              Fax:  (907) 277-4657
                              Rweddle@hwb-law.com
                              Alaska Bar No. 7206034

---

[1] A copy of that order is attached to Frontier's previous briefing supporting its request for a stay from this Court.

JOINT STATUS REPORT                                    Page 2 of 2
*ACMHC v. Frontier Insurance*                 Case No. 3:01-cv-294-JKS

### CERTIFICATE OF SERVICE

I hereby certify that on this /5*th* day of May, 2007, a true and correct copy of the foregoing JOINT STATUS REPORT was served electronically on:

     Randall J. Weddle
     rweddle@hwb-law.com; bfontaine@hwb-law.com; jekstrand@hwb-law.com; kwarne@hwb-law.com


By:   s/John A. Treptow
       John A. Treptow

X:\4043\16755\pld\JointStatusReport--07May15.doc