## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Alternatives Community Mental Health Center, Inc. v. Frontier Insurance, Inc.*
Case No. 3:01-cv-00294-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Linda Christensen, Case Management: 677-6104*

<u>PROCEEDINGS</u>:    ORDER FROM CHAMBERS

The Court has received a status report dated May 15, 2007. Docket No. 33. The report is accepted.

A further status report shall be filed by counsel for plaintiff on or before <u>November 16, 2007</u>, unless closing papers are sooner filed.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>May 18, 2007</u>

\*    ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.