Randall J. Weddle, Esq.
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
Phone:     (907) 274-0666
Fax:       (907) 277-4657
E-Mail:    Rweddle@hwb-law.com


Attorneys for Defendant




IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FRONTIER INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | Case No. 3:01-cv-294-JKS |

## JOINT STATUS REPORT

Per the Court's instructions, Defendant Frontier Insurance Company (hereinafter "Frontier"), hereby files the parties' joint status report in the above-captioned matter.

As of November 9, 2007, Frontier is still involved in the rehabilitation process. The order issued by the New York

State Court dated October 15, 2001, staying all pending
litigation against Frontier, is still in effect.[1]

Accordingly, the status of this matter has not changed
since the parties appeared before the Court on January 7,
2002, on the Stipulation Re: Stay Order.

DORSEY & WHITNEY, LLC
Attorneys for Plaintiff

Dated: November 28, 2007    By:___s/John A. Treptow_____
                               John A. Treptow
                               Alaska Bar No. 7605059

Dated: November 28, 2007    HOLMES WEDDLE & BARCOTT,P.C.
                            Attorneys for Defendant


                            By: s/Randall J. Weddle (consent)
                                Randall J. Weddle
                                701 W. 8th Avenue, Suite 700
                                Anchorage, AK  99501
                                Phone:  (907) 274-0666
                                Fax:  (907) 277-4657
                                Rweddle@hwb-law.com
                                Alaska Bar No. 7206034

CERTIFICATE OF SERVICE

   I hereby certify that on this 28th
day of November 2007 a true and correct
copy of the foregoing JOINT STATUS REPORT
was served electronically on:

     Randall J. Weddle
     rweddle@hwb-law.com; bfontaine@hwb-law.com; jekstrand@hwb-law.com;


By:  ___s/John A. Treptow_____
        John A. Treptow

X:\4043\16755\pld\JointStatusReport--07Nov9.doc

---

[1]A copy of that order is attached to Frontier's previous briefing
supporting its request for a stay from this Court.