Randall J. Weddle, Esq.
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
Phone:    (907) 274-0666
Fax:      (907) 277-4657
E-Mail:   Rweddle@hwb-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC., )<br>)<br>Plaintiff,           )<br>)<br>v.                    )<br>)<br>FRONTIER INSURANCE COMPANY, )<br>)<br>Defendant.         )<br>_____) | <br><br><br><br><br><br><br><br>Case No. 3:01-cv-294-JKS |

**<u>JOINT REQUEST FOR EXTENSION OF TIME TO FILE STATUS REPORT</u>**

The parties jointly request a ten day extension of time, through and including June 10, 2008 within which to file their status report.

                                       DORSEY & WHITNEY, LLC
                                       Attorneys for Plaintiff

Dated: May 30, 2008        By: s/John A. Treptow
                                       John A. Treptow
                                       Alaska Bar No. 7605059

Dated: May 30, 2008          HOLMES WEDDLE & BARCOTT,P.C.
                             Attorneys for Defendant


                             By:  s/Randall J. Weddle (consent)
                                  Randall J. Weddle
                                  701 W. 8th Avenue, Suite 700
                                  Anchorage, AK  99501
                                  Phone:  (907) 274-0666
                                  Fax:  (907) 277-4657
                                  Rweddle@hwb-law.com
                                  Alaska Bar No. 7206034

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May 2008 a true and correct copy of the foregoing JOINT REQUEST FOR EXTENSION OF TIME was served electronically on:

   Randall J. Weddle
   rweddle@hwb-law.com; bfontaine@hwb-law.com; jekstrand@hwb-law.com;


By:   s/John A. Treptow
      John A. Treptow

X:\4043\16755\pld\JointRequestforExtensionReStatusReport--08May29.doc