John A. Treptow, ABA #7605059
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152
Email: jtreptow@dorsey.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVE COMMUNITY MENTAL HEALTH CENTER, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FRONTIER INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | **[PROPOSED] ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME TO FILE STATUS REPORT**<br><br>Case No. 3:01-cv-294-JKS |

　　　　This Court having reviewed the Joint Request for Extension of Time to File Status Report in this matter and having considered same,

　　　　IT IS HEREBY ORDERED that the time to file the Joint Status Report is extended through and including June 10, 2008.

　　　　DATED this _____ day of _____, 2008, at Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**CERTIFICATE OF SERVICE**

This certifies that on this 30th day of May, 2008, a true and correct copy of the foregoing document was served electronically on:

Randall J. Weddle
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
rweddle@hwb-law.com


s/ John A. Treptow