IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVE COMMUNITY MENTAL HEALTH CENTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRONTIER INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:01-CV-00294 (JKS) <br><br><br> ORDER |

    This Court having reviewed the Joint Request for Extension of Time to File Status Report in this matter and having considered same,

    IT IS HEREBY ORDERED that the Joint Request at **Docket No. 38** is **GRANTED**. The time to file the Joint Status Report is extended through and including June 10, 2008.

Dated this 5th day of June 2008.

                                                  /s/ James K. Singleton, Jr.
                                                  **JAMES K. SINGLETON, JR.**
                                                  United States District Judge