John A. Treptow, ABA #7605059
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152
Email: jtreptow@dorsey.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>FRONTIER INSURANCE COMPANY,<br><br>      Defendant. | Case No. 3:01-cv-294-JKS |

## JOINT STATUS REPORT

Pursuant to the Court's Orders of November 28, 2007 and June 5, 2008, the parties hereby file their joint status report in the above-captioned matter.  As of June 10, 2008, Frontier Insurance Company is still involved in the rehabilitation process in the State of New York.  However, Alternatives Community Mental Health Center, Inc. ("Alternatives") believes that the stay should be lifted and that the instant case be resolved on its merits.  To that end, Alternatives represents to the Court that it will file a motion to lift the stay by June 20, 2008.

                                      DORSEY & WHITNEY, LLP
                                      Attorneys for Plaintiff

Dated: June 10, 2008               By:   s/John A. Treptow
                                              John A. Treptow
                                              Alaska Bar No. 7605059

Dated: June 10, 2008               HOLMES WEDDLE & BARCOTT, P.C.
                                      Attorneys for Defendant

                                      By: s/Randall J. Weddle  (consent)
                                            Randall J. Weddle
                                            701 W. 8th Avenue, Suite 700
                                            Anchorage, AK  99501
                                            Phone:  (907) 274-0666
                                            Fax:  (907) 277-4657
                                            Rweddle@hwb-law.com
                                            Alaska Bar No. 7206034

**CERTIFICATE OF SERVICE**

This certifies that on this 10th day of June, 2008, a true and correct copy of the foregoing document was served electronically on:

Randall J. Weddle
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
rweddle@hwb-law.com

s/ John A. Treptow

JOINT STATUS REPORT                                  *Alternatives Community Mental Health*
                                                                *Center, Inc. v. Frontier Insurance Company*
Page 2 of 2                                                                      Case No. 3:01-cv-294-JKS
4838-3647-2066\1\453702\00007