John A. Treptow, ABA #7605059
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152
Email: jtreptow@dorsey.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>FRONTIER INSURANCE COMPANY,<br><br>                    Defendant. | **MOTION TO LIFT STAY**<br><br>Case No. 3:01-cv-294-JKS |

Plaintiff, Alternatives Community Mental Health Center, Inc. ("Alternatives"), hereby moves the Court for an Order lifting the stay of proceedings entered by this Court on January 8, 2002.  The grounds for said motion are that the continued imposition of the stay unfairly prejudices Alternatives and no legal justification exists for the stay remaining in effect.  New York and Alaska, with respect to rehabilitation, are not reciprocal states under the Uniform Insurer Liquidation Act and, accordingly, New York law does not apply.  Further, the injunction entered by the New York Supreme Court is not entitled to Full Faith and Credit or comity.  There is no reason for this court to abstain from hearing the case on the merits.  Said motion is supported by the Memorandum of Law attached hereto along with the Affidavit of John A. Treptow.

DATED this 18th day of June, 2008, at Anchorage, Alaska.

        DORSEY & WHITNEY LLP
        Attorneys for Petitioner

        By:  /s/ John A. Treptow
          John A. Treptow, ABA #7605059
          1031 West 4th Avenue, Suite 600
          Anchorage, Alaska 99501-5907
          Telephone:     (907) 276-4557
          Facsimile:     (907) 276-4152
          Email: treptow.john@dorsey.com

**CERTIFICATE OF SERVICE**

This certifies that on this 18th day of June, 2008, a true and correct copy of the foregoing document was served electronically on:

Randall J. Weddle
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
rweddle@hwb-law.com

s/ John A. Treptow