John A. Treptow, ABA #7605059
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152
Email: jtreptow@dorsey.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>FRONTIER INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | **[PROPOSED] ORDER GRANTING MOTION TO LIFT STAY**<br><br>Case No. 3:01-cv-294-JKS |

　　　　Plaintiff, Alternative Community Mental Health Center, Inc. ("Alternatives"), has moved this Court for an Order lifting the stay imposed by this Court on January 8, 2002. The Court, having reviewed said motion and the opposition thereto, hereby finds that:

　　　　1.　　The imposition of stay unfairly prejudices Alternatives;

　　　　2　　No legal justification exists for the stay remaining in effect since New York and Alaska, with respect to rehabilitation, are not reciprocal states under the UILA;

　　　　3.　　The injunction entered by the New York Supreme Court on October 15, 2001 is not entitled to Full Faith and Credit or comity; and

　　　　4.　　There is no reason for this Court to abstain from hearing the case on the merits.

Accordingly, IT IS HEREBY ORDERED that Alternatives' motion to lift the stay is hereby granted and this case is to proceed towards a resolution on the merits.

DATED this _____ day of _____, 2008, at Anchorage, Alaska.

By:_____
JAMES K. SINGLETON, JR.
United States District Court Judge

**CERTIFICATE OF SERVICE**

This certifies that on this 18th day of June, 2008, a true and correct copy of the foregoing document was served electronically on:

Randall J. Weddle
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
rweddle@hwb-law.com

s/ John A. Treptow_____