LAW  OFFICES  OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666 · FAX (907) 277-4657

June 4, 2008

**VIA FAX: 276-4152**

John A. Treptow
Dorsey & Whitney, LLC
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501

> Re:    *Alternatives Community Mental Health Center, Inc. v. Frontier Insurance Co.*
>        Superior Court Case No.    3AN-01-9797 CI
>        Our File No.:              4043-16755

Dear John:

Enclosed please find a copy of the June 3, 2008 letter from Attorney Christopher DuBois of Frontier Insurance Company in Rehabilitation. Please give me a call if you have any questions.

Very truly,

*Joyce Ekstrand*

Randall J. Weddle

RJW/jae
Enclosure (as stated)
cc w/encl:    Christopher DuBois, Esq.

X:\4043\16755\corr\Treptow08June4.doc

EXHIBIT B
Page 1 of 2


INSURANCE COMPANY IN REHABILITATION

195 Lake Louise Marie Road
Rock Hill, New York 12775-8000
(800) 836-2100 / (845) 796-2100

June 3, 2008

**VIA FAX & MAIL: (907) 277-4657**

Randall J. Weddle, Esq.
Holmes, Weddle & Barcott, PC
701 West Eighth Avenue, Suite 700
Anchorage, AK 99501-3408

Re:     Alternatives Community Mental Health Center v. Frontier Insurance Company

Dear Mr. Weddle:

Please be advised that Frontier Insurance Company continues in rehabilitation pursuant to Order of the Supreme Court entered in the New York County Clerk's Office on October 15, 2001.

I understand there is some confusion as to the status of the stay. The stay contained in paragraph 7 of the Order enjoining actions against Frontier as a direct defendant is still in full force and effect. The only stay that has expired is the one contained in paragraph 9 which applies only to actions against Frontier insureds.

If you require any further elaboration as to the status of the rehabilitation, please contact me upon receipt.

Very truly yours,

Christopher DuBois

CD/blr

EXHIBIT B
Page 2 of 2