Atty
Paralega:

## PLETCHER & WEINIG
ASSOCIATED IN THE PRACTICE OF LAW

Richard A. Weinig
ATTORNEY AT LAW

John W. Pletcher, III
OF COUNSEL

DIMOND CENTER OFFICE TOWER
800 E. DIMOND BLVD., SUITE 3-615
ANCHORAGE, ALASKA 99515-2096

TELEPHONE
(907) 349-1900

E-mail: pwfdlaw@gci.net

FACSIMILE
(907) 349-7758

February 6, 2003

Richard E. Vollersten
ATKINSON, CONWAY & GAGNON
420 L Street, Suite 500
Anchorage AK 99501

RE:   Insured:     Red Oaks Assisted Living, Inc.
      Claimant:    Ruth Ayuluk
      Date of Loss: 01/18/01
      Claim No.:   01523105

Dear Richard:

Frontier Insurance Company, which has been relieved of the receivership stay order, has retained me to represent Red Oaks Assisted Living, Inc., Susan R. Reeves, Richard L. Reeves, Leslee K. Orebaugh, and Parkside Assisted Living, Inc. d/b/a Rosewood Assisted Living. I am arranging for a Substitution of Counsel between myself and both Bill Ingaldson and John Pharr. I will be filing both Substitutions and an Entry of Appearance as soon as I receive the executed substitution forms.

I would appreciate receiving any information which you could give me on this case. As always, I like to evaluate a case early and, if possible, attempt to reach a reasonable settlement before huge sums are expended in litigation. I would appreciate it if you could send me whatever information related to the claim which you would feel comfortable sharing with me.

My best regards,

PLETCHER & WEINIG

*Richard A. Weinig*

Richard A. Weinig

RAW/ta

RECEIVED
BY MAIL

FEB 0 7 2003

ATKINSON, CONWAY
& GAGNON, INC.

EXHIBIT C
Page 1 of 1