Randall J. Weddle, Esq.
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
Phone:    (907) 274-0666
Fax:      (907) 277-4657
E-Mail:   Rweddle@hwb-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:01-cv-294-JKS |

**STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate and agree that Defendant Frontier Insurance Company may have through and including July 24, 2008 within which to file its opposition to Plaintiff's Motion to Lift Stay.

                                DORSEY & WHITNEY, LLC
                                Attorneys for Plaintiff

Dated: 7/1/08            By: s/John A. Treptow (consent)
                                John A. Treptow
                                Alaska Bar No. 7605059

Dated:   7/1/08                HOLMES WEDDLE & BARCOTT,P.C.
                               Attorneys for Defendant


                               By:  s/Randall J. Weddle
                                    Randall J. Weddle
                                    701 W. 8th Avenue, Suite 700
                                    Anchorage, AK  99501
                                    Phone:  (907) 274-0666
                                    Fax:  (907) 277-4657
                                    Rweddle@hwb-law.com
                                    Alaska Bar No. 7206034


**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July 2008 a true and correct copy of the foregoing Stipulation for Extension of Time was served electronically on:

   John A. Treptow
   treptow.john@dorsey.com



By:  s/Randall J. Weddle
     Randall J. Weddle

X:\4043\16755\pld\StipulationforExtensionRe08July1.doc