Randall J. Weddle, Esq.
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
Phone:    (907) 274-0666
Fax:      (907) 277-4657
E-Mail:   Rweddle@hwb-law.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:01-cv-294-JKS |

## NOTICE OF FILING AFFIDAVIT IN RESPONSE AND OPPOSITION TO MOTION TO LIFT STAY

Defendant hereby responds to the motion of plaintiff to lift stay by filing herewith the affidavit of Neal Conolly, representative of the Administrator of Frontier Insurance Company in Rehabilitation, dated July 15, 2008.

Dated this 21st day of July 2008.

                HOLMES WEDDLE & BARCOTT, P.C.
                Attorneys for Defendant
                By:  s/Randall J. Weddle
                Randall J. Weddle
                701 W. 8th Avenue, Suite 700
                Anchorage, AK  99501
                Phone:  (907) 274-0666
                Fax:  (907) 277-4657
                Rweddle@hwb-law.com
                Alaska Bar No. 7206034

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July 2008 a true and correct copy of the foregoing was served electronically on:

 John A. Treptow
 treptow.john@dorsey.com


By:  s/Randall J. Weddle
  Randall J. Weddle

X:\4043\16755\pld\NoticeofFilingAffidavitResponeMtnLiftStay.072108.doc