John A. Treptow, ABA #7605059
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152
Email: jtreptow@dorsey.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>FRONTIER INSURANCE COMPANY,<br><br>       Defendant. | Case No. 3:01-cv-294-JKS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW plaintiff, Alternatives Community Mental Health Center, Inc. ("Alternatives"), by and through Dorsey & Whitney LLP, its attorneys of record, and requests an Order granting Alternatives an extension of time until August 8, 2008 in which to file its reply to defendant's Response and Opposition to Motion to Lift Stay.

The undersigned spoke with Randall J. Weddle, attorney for defendant, who stated he does not oppose this motion.

DATED this 30th day of July, 2008, at Anchorage, Alaska.

             DORSEY & WHITNEY LLP
             Attorneys for Plaintiff


             By: /s/ John A. Treptow
              John A. Treptow, ABA #7605059
              1031 West 4th Avenue, Suite 600
              Anchorage, Alaska 99501-5907
              Telephone: (907) 276-4557
              Facsimile: (907) 276-4152
              Email: treptow.john@dorsey.com


**CERTIFICATE OF SERVICE**

This certifies that on this 30th day of July, 2008, a true and correct copy of the foregoing document was served electronically on:

Randall J. Weddle
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
rweddle@hwb-law.com


s/ John A. Treptow

UNOPPOSED MOTION FOR        *Alternatives Community Mental Health*
EXTENSION OF TIME         *Center, Inc. v. Frontier Insurance Company*
Page 2 of 2             Case No. 3:01-cv-294-JKS
4846-5004-6722\1\453702\00007