John A. Treptow, ABA #7605059
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152
Email: jtreptow@dorsey.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY MENTAL HEALTH CENTER, INC.,<br><br>                              Plaintiff,<br><br>vs.<br><br>FRONTIER INSURANCE COMPANY,<br><br>                              Defendant. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 3:01-cv-294-JKS |

        IT IS SO ORDERED.  Plaintiff Alternatives Community Mental Health Center, Inc. is

granted an extension of time until August 8, 2008 in which to file and serve its reply to

defendant's Response and Opposition to Motion to Lift Stay.

        DATED this _____ day of _____, 2008, at Anchorage, Alaska.

                                    By:_____
                                         JAMES K. SINGLETON, JR.
                                         United States District Court Judge

**CERTIFICATE OF SERVICE**

This certifies that on this 30th day of July, 2008, a true
and correct copy of the foregoing document was served
electronically on:

Randall J. Weddle
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
rweddle@hwb-law.com


s/ John A. Treptow

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME
Page 2 of 2
4817-8120-8322\1\453702\00007

*Alternatives Community Mental Health
Center, Inc. v. Frontier Insurance Company*
Case No. 3:01-cv-294-JKS