IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALTERNATIVES COMMUNITY<br>MENTAL HEALTH CENTER, INC.,<br><br>                              Plaintiff,<br><br>vs.<br><br>FRONTIER INSURANCE COMPANY,<br><br>                              Defendant. | **ORDER GRANTING<br>UNOPPOSED MOTION FOR<br>EXTENSION OF TIME**<br><br>Case No. 3:01-cv-294-JKS |

   IT IS SO ORDERED.  Plaintiff Alternatives Community Mental Health Center, Inc., is granted an extension of time until August 8, 2008, in which to file and serve its reply to defendant's Response and Opposition to Motion to Lift Stay.

   DATED this 31st day of July 2008, at Anchorage, Alaska.


                                        By:   /s/James K. Singleton, Jr.
                                              JAMES K. SINGLETON, JR.
                                              United States District Court Judge